**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONNA A. THOMPSON and MICHAEL R. CASEY, on behalf of themselves and all others similarly situated, </br></br> Plaintiffs, </br></br> vs. </br></br> INNOVATION VENTURES, LLC., d/b/a LIVING ESSENTIALS, a Michigan Corporation, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action Number: 13-cv-336** </br></br> **The Honorable Joy Flowers Conti** </br></br> **Filed Electronically** |

**NOTICE OF ORDER ENTERED BY THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant, Innovation Ventures, LLC, d/b/a Living Essentials, pursuant to the Court's Order entered on April 30, 2013, (Docket No. 10), respectfully submits the Conditional Transfer Order entered by the United States Panel on Multidistrict Litigation on June 7, 2013 and attached hereto as Exhibit 1.

Dated: June 10, 2013         Respectfully submitted,

*/s/ Dorothy A. Davis*
Dorothy A. Davis
Pa. I.D. No. 34958
Thomas P. Kemp, Jr.
Pa. I.D. No. 312432

Eckert Seamans Cherin & Mellott, LLC
Firm No. 075
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, Pennsylvania  15219
412-566-6000 (*telephone*)
412-566-6099 (*facsimile*)

*Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF ORDER ENTERED BY THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** was electronically filed and is available for viewing and downloading from the ECF system and was sent to counsel of record this 10th day of June, 2013, via electronic service.

*/s/ Dorothy A. Davis*
Dorothy A. Davis
Pa. I.D. No. 34958
Thomas P. Kemp, Jr.
Pa. I.D. No. 312432

Eckert Seamans Cherin & Mellott, LLC
Firm No. 075
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, Pennsylvania  15219
412-566-6000 (*telephone*)
412-566-6099 (*facsimile*)

*Counsel for Defendant*